IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON | ) |
| | ) |
| Plaintiff | ) Civil Action No.: 18-cv-00918 |
| | ) |
| v. | ) |
| | ) |
| MUSTARD GREENS INC. (D/B/A MUSTARD GREENS) and MUSTARD GREENS LP | ) |
| | ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Keino Johnson and Defendants Mustard Greens Inc. and Mustard Greens LP stipulate that all of Plaintiff Keino Johnson's claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania. Plaintiff Keino Johnson and Defendants Mustard Greens Inc. and Mustard Greens LP further stipulate that each party shall bear his or its own costs and attorney's fees.

/s/ Eric Brauer
Eric Brauer, Esquire
Attorney I.D. No. 43624
Brauer & Schapiro, LLC
638 Newtown Yardley Road
Suite 2B
Newtown, Pennsylvania 18940
(215) 953-9100
Attorney for Plaintiff Keino Johnson

/s/ James L. Pearl
James L. Pearl, Esquire
Attorney I.D. No. 82374
1500 John F. Kennedy Boulevard
Suite 900
Philadelphia, Pennsylvania 19102
(215) 586-4422
Attorney for Defendants Mustard Greens Inc. and Mustard Greens LP

APPROVED BY THE COURT THIS 20th DAY OF April, 2018

_____
R. BARCLAY SURRICK, J.